```
AVSO351                                              CV 2005 000014.00

                                            JUDGE: ROBERT W BARR
-----------------------------------------------------------------
                   ALABAMA JUDICIAL DATA CENTER
                      CASE ACTION SUMMARY
                         CIRCUIT CIVIL
-----------------------------------------------------------------
   IN THE CIRCUIT  COURT OF    PIKE        COUNTY
-----------------------------------------------------------------
   REGIONS BANK VS ESTATE OF CHARLES G RYLES, CHECKCARE SYSTEMS ET AL
FILED:  01/14/2005 TYPE: REAL PROPERTY          TYPE TRIAL: NON-JURY  TRACK:
*****************************************************************
DATE1:  06/30/2005 CA:              CA DATE:
DATE2:             AMT:      $ .00  PAYMENT:
DATE3:
*****************************************************************
   PLAINTIFF  001: REGIONS BANK
                                       ATTORNEY: CHRISTIAN ALAN C
                         AL 00000-0000 CHR010    P O BOX 1988
                      PHONE: (334)000-0000
ENTERED:  01/14/2005 ISSUED:          TYPE:      MOBILE, AL 36633
SERVED:              ANSWERED:             JUDGEMENT:    (251)432-7682
-----------------------------------------------------------------
   DEFENDANT  001: RYLES CHARLES G, ESTATE OF
                   C/O JAMES N THOMAS
                   P O BOX 974          ATTORNEY: THOMAS JAMES NORMAN
                   TROY, AL 36081-0000  THO148    P.O. BOX 974
                      PHONE: (334)000-0000
ENTERED:  01/14/2005 ISSUED: 01/18/2005 TYPE:  CERTIFIED TROY, AL 36081
SERVED:   01/24/2005 ANSWERED:             JUDGEMENT:    (334)566-2181
-----------------------------------------------------------------
   DEFENDANT  002: CHECKCARE SYSTEMS
                   C/O RICHARD C DEAN, JR.
                   P O BOX 1028         ATTORNEY: THOMAS JAMES NORMAN
                   MONTGOMERY, AL 36101-0000 THO148  P.O. BOX 974
                      PHONE: (334)000-0000
ENTERED:  01/14/2005 ISSUED: 01/18/2005 TYPE:  CERTIFIED TROY, AL 36081
SERVED:   01/21/2005 ANSWERED:             JUDGEMENT:    (334)566-2181
-----------------------------------------------------------------
   DEFENDANT  003: PHIPHER ANDREANA
                   80 COUNTRY VIEW DRIVE
                                        ATTORNEY: THOMAS JAMES NORMAN
                   SHORTER, AL 36075-0000 THO148   P.O. BOX 974
                      PHONE: (334)000-0000
ENTERED:  02/24/2005 ISSUED: 02/24/2005 TYPE:  CERTIFIED TROY, AL 36081
SERVED:   04/11/2005 ANSWERED:             JUDGEMENT:    (334)566-2181
-----------------------------------------------------------------
   DEFENDANT  004: RYLES BLENDA
                                        ATTORNEY: THOMAS JAMES NORMAN
                         AL 00000-0000  THO148    P.O. BOX 974
                      PHONE: (334)000-0000
ENTERED:  02/24/2005 ISSUED:          TYPE:      TROY, AL 36081
SERVED:              ANSWERED:             JUDGEMENT:    (334)566-2181
-----------------------------------------------------------------
   DEFENDANT  005: RYLES CHARLENE
                                        ATTORNEY: THOMAS JAMES NORMAN
                         AL 00000-0000  THO148    P.O. BOX 974
                      PHONE: (334)000-0000
ENTERED:  02/24/2005 ISSUED:          TYPE:      TROY, AL 36081
SERVED:              ANSWERED:             JUDGEMENT:    (334)566-2181
-----------------------------------------------------------------
   DEFENDANT  006: RYLES CHRISTOPHER
                                        ATTORNEY: THOMAS JAMES NORMAN
                         AL 00000-0000  THO148    P.O. BOX 974
                      PHONE: (334)000-0000
ENTERED:  02/24/2005 ISSUED:          TYPE:      TROY, AL 36081
SERVED:              ANSWERED:             JUDGEMENT:    (334)566-2181
-----------------------------------------------------------------
AS  09/19/2005
                                              CV 2005 000014.00
```

(handwritten) Dismissed- 4.8.05

```
AVSO351                                                          CV 2005 000014.00

                                          JUDGE: ROBERT W BARR
------------------------------------------------------------------------------
                      ALABAMA JUDICIAL DATA CENTER
                         CASE ACTION SUMMARY
                            CIRCUIT CIVIL
------------------------------------------------------------------------------
   IN THE CIRCUIT COURT OF    PIKE          COUNTY
   REGIONS BANK VS ESTATE OF CHARLES G RYLES, CHECKCARE SYSTEMS ET AL
 FILED: 01/14/2005 TYPE: REAL PROPERTY       TYPE TRIAL: NON-JURY   TRACK:
*******************************************************************************
DATE1:  06/30/2005  CA:              CA DATE:
DATE2:           AMT:       $.00  PAYMENT:
DATE3:
*******************************************************************************
------------------------------------------------------------------------------
 DEFENDANT  007: RYLES DOROTHY D
                                          ATTORNEY: THOMAS JAMES NORMAN
                    AL  00000-0000     THO148   P.O. BOX 974
                  PHONE: (334)000-0000
 ENTERED:  02/24/2005 ISSUED:                     TROY, AL  36081
 SERVED:              ANSWERED:           TYPE:           (334)566-2181
                                          JUDGEMENT:
------------------------------------------------------------------------------
 DEFENDANT  008: RYLES GREGORY D
                                          ATTORNEY: THOMAS JAMES NORMAN
                    AL  00000-0000     THO148   P.O. BOX 974
                  PHONE: (334)000-0000
 ENTERED:  02/24/2005 ISSUED:                     TROY, AL  36081
 SERVED:              ANSWERED:           TYPE:           (334)566-2181
                                          JUDGEMENT:
------------------------------------------------------------------------------
 DEFENDANT  009: RYLES KERONICA
                                          ATTORNEY: THOMAS JAMES NORMAN
                    AL  00000-0000     THO148   P.O. BOX 974
                  PHONE: (334)000-0000
 ENTERED:  02/24/2005 ISSUED:                     TROY, AL  36081
 SERVED:              ANSWERED:           TYPE:           (334)566-2181
                                          JUDGEMENT:
------------------------------------------------------------------------------
 DEFENDANT  010: RYLES KIMBERLY
                                          ATTORNEY: THOMAS JAMES NORMAN
                    AL  00000-0000     THO148   P.O. BOX 974
                  PHONE: (334)000-0000
 ENTERED:  02/24/2005 ISSUED:                     TROY, AL  36081
 SERVED:              ANSWERED:           TYPE:           (334)566-2181
                                          JUDGEMENT:
------------------------------------------------------------------------------
 DEFENDANT  011: RYLES SANDRA
                                          ATTORNEY: THOMAS JAMES NORMAN
                    AL  00000-0000     THO148   P.O. BOX 974
                  PHONE: (334)000-0000
 ENTERED:  02/24/2005 ISSUED:                     TROY, AL  36081
 SERVED:              ANSWERED:           TYPE:           (334)566-2181
                                          JUDGEMENT:
------------------------------------------------------------------------------
 CC PLAINT  001: RYLES CHARLENE
                                          ATTORNEY: THOMAS JAMES NORMAN
                    AL  00000-0000     THO148   P.O. BOX 974
                  PHONE: (334)000-0000
 ENTERED:  02/24/2005 ISSUED:                     TROY, AL  36081
 SERVED:              ANSWERED:           TYPE:           (334)566-2181
                                          JUDGEMENT:
------------------------------------------------------------------------------
 CC DEFEND  001: REGIONS BANK
                                          ATTORNEY: CHRISTIAN ALAN C
                    AL  00000-0000     CHR010   P O BOX 1988
                  PHONE: (334)000-0000
 ENTERED:  01/14/2005 ISSUED:                     MOBILE, AL  36633
 SERVED:              ANSWERED:           TYPE:           (251)432-7682
                                          JUDGEMENT:
 AS   09/19/2005
                                                          CV 2005 000014.00
```

```
 AVSO351
                                                        CV 2005 000014.00

                                          JUDGE: ROBERT W BARR
 --------------------------------------------------------------------------
                     ALABAMA JUDICIAL DATA CENTER
                         CASE ACTION SUMMARY
                           CIRCUIT CIVIL
 ----------------------------------------------------------------
   IN THE CIRCUIT  COURT OF    PIKE        COUNTY
   REGIONS BANK VS ESTATE OF CHARLES G RYLES, CHECKCARE SYSTEMS ET AL
 FILED:  01/14/2005 TYPE: REAL PROPERTY       TYPE TRIAL: NON-JURY   TRACK:
 ******************************************************************************
 DATE1:  06/30/2005   CA:              CA DATE:
 DATE2:               AMT:                  CA DATE:
 DATE3:                            $.00  PAYMENT:
 ******************************************************************************
 CC DEFEND  002: INTERNAL REVENUE SERVICE
                 % US ATTY'S OFFICE             ATTORNEY:
                 1 COURT SQ./STE. 201
                 MONTGOMERY, AL  36104-0000
                 PHONE: (334)000-0000
 ENTERED:  09/19/2005 ISSUED:  09/19/2005 TYPE:    CERTIFIED
 SERVED:              ANSWERED:            JUDGEMENT:
 CC DEFEND  003: INTERNAL REVENUE SERVICE
                 % US DEPT. OF JUSTICE          ATTORNEY:
                 950 PENNSYLVANIA AVE. NW
                 WASHINGTON, DC  20530-0000
                 PHONE: (334)000-0000
 ENTERED:  09/19/2005 ISSUED:  09/19/2005 TYPE:    CERTIFIED
 SERVED:              ANSWERED:            JUDGEMENT:
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 -------|------------------------------------------------------------
 AS   09/19/2005
                                                  CV 2005 000014.00
```



AVS0351

CV 2005 000014.00

JUDGE: ROBERT W BARR

*Parties*

ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY
CIRCUIT CIVIL

IN THE CIRCUIT COURT OF PIKE COUNTY

REGIONS BANK VS ESTATE OF CHARLES G RYLES, CHECKCARE SYSTEMS ET AL
FILED: 01/14/2005 TYPE: REAL PROPERTY    TYPE TRIAL: NON-JURY    TRACK:

******************************************************************************
DATE1:        CA:              CA DATE:
DATE2:        AMT:             $.00  PAYMENT:
DATE3:
******************************************************************************
PLAINTIFF  001: REGIONS BANK

                    , AL 00000-0000        ATTORNEY: CHRISTIAN ALAN C
                 PHONE: (334)000-0000      CHR010    P O BOX 1988
ENTERED:  01/14/2005 ISSUED:                         MOBILE, AL 36633
SERVED:                                    TYPE:              (251)432-7682
              ANSWERED:                    JUDGEMENT:

DEFENDANT  001: RYLES CHARLES G. ESTATE OF
              C/O JAMES N THOMAS
              P O BOX 974                  ATTORNEY:
              TROY, AL 36081-0000
                 PHONE: (334)000-0000
ENTERED:  01/14/2005 ISSUED: 1-18-05
SERVED:                                    TYPE: Cert
              ANSWERED:                    JUDGEMENT:

DEFENDANT  002: CHECKCARE SYSTEMS
              C/O RICHARD C DEAN, JR.
              P O BOX 1028                 ATTORNEY:
              MONTGOMERY, AL 36101-0000
                 PHONE: (334)000-0000
ENTERED:  01/14/2005 ISSUED: 1-18-05
SERVED:                                    TYPE: Cert.
              ANSWERED:                    JUDGEMENT:

1-18-05 S4C's for D001 + D002 by cert. mail
1-21-05 D002 served - Anna Davis signed for pkg - Notice to
        Christian w/ a copy of cert. mail card
1-21-05 D001 served on 1-20-05 c/o Bonnie Simmons - Notice to
        Christian w/ a copy of CA mail card
2-22-05 1st amended complaint
2-24-05 S + 1st Amended complaint to D003 by cert mail
3-2-05 D003 svd. Notice Christian
3-22-05 D003's acceptance of the first, second, + third causes of
        action
4-1-05 Motion of π to dismiss D002 w/ proposed order
4-4-05 Answer, counterclaim + cross claim
4-4-05 Acceptance of svc of Process, Summons, + 1st amended
       complaints
4-4-05 Acceptance of svc of Counter claims + cross claims to the

ROH  01/14/2005

CV 2005 000014.00

VSO352

CASE: CV 2005 000014.00
JUDGE: ROBERT W BARR

--------------------------------------------------
ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY CONTINUATION
CIRCUIT CIVIL
IN THE CIRCUIT COURT OF PIKE COUNTY
--------------------------------------------------
REGIONS BANK VS ESTATE OF CHARLES G RYLES, CHECKCARE SYSTEMS ET AL
FILED: 01/14/2005 TYPE: REAL PROPERTY    TYPE TRIAL: NON-JURY   TRACK:

DATE1:                  CA:           CA DATE:
DATE2:                  AMT:          $.00  PAYMENT:
************************************************************

4-4-05 | 1st amended complaints
       | Consents for sale of land
4-6-05 | Summons, Answer + Counter claim + crossclaim to ____
4/8/05 | Maan Co. Sheriff for svc on D003
       | there does not appear to be any response, consent
nomas  | answer or served in evidence; Prepher in
ristian| the file. The attorney for Defendant and Counter
       | Cross Claim Plaintiff shall check in his file
       | report to the Circuit within fourteen (14) days
       | the action          Robert Barr Circuit Judge
4-13-05| Answer + counterclaim + crossclaim
4-14-05| D003 svd on 4-11-05. Notice Thomas (per reg.) + christian
4-18-05| Motion to set for trial
4/21/05| This case is set for trial on June 30
       | 2005 at 9:00 AM    Robert Barr Circuit Judge
       | cc: Thomas, Christian
7-21-05| Letters to Jg Barr
7-21-05| Order of Sale - Thomas, Christian
       | Notice of Sale    Thomas, Christian   Blt Bd at Cthouse
8-12-05| Proof of Publication
8-24-05| Per instructions from Atty James Thomas No Sale was
       | held Brenda M Peacock    (No one appeared for
       | sale other than Atty James Thomas)    Thomas Christian
9-19-06| Motion to Amend Complaint
9-19-06| Cross Claim TG Counter Cross Claim A's 1st Amended Complaint
9-19-06| SC to N008 & N003 by cert mail
9/20/05| The Motion to Amend Complaint is Granted
       | cc: Thomas & Christian    Robert Barr Circuit Judge

DH  04/06/2005

```
.VSO352
                                        CASE: CV 2005 000014.00
                                        JUDGE: ROBERT W BARR
-------------------------------------------------------------------|
                  ALABAMA JUDICIAL DATA CENTER
                CASE ACTION SUMMARY CONTINUATION
                        CIRCUIT CIVIL
----------------------------------------------------------------|
  IN THE CIRCUIT  COURT OF    PIKE       COUNTY
                                                                |
   REGIONS BANK VS ESTATE OF CHARLES G RYLES, CHECKCARE SYSTEMS ET AL
 FILED:  01/14/2005 TYPE:  REAL PROPERTY
                                          TYPE TRIAL:  NON-JURY   TRACK:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
 DATE1:  06/30/2005  CA:                CA DATE:
 DATE2:              AMT:        $.00   PAYMENT:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

9.23.05, Notice to Thomas - N002 svd on 9.21.05.
10.3.05, Notice to Thomas — N003 svd on 9.26.05

```
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
------- |----------------------------------------------------|
'AS   09/21/2005
```