IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| REGIONS BANK, a<br>state banking association,<br><br>    Plaintiff and Counter Claim<br>    Defendant as to Parcel 1<br><br>CHARLENE RYLES, Administrator<br>of the Estate of Charlie G. Ryles and<br>CHARLENE RYLES, INDIVIDUALLY<br><br>    Cross Claim Plaintiff.<br><br>V.<br><br>THE ESTATE OF CHARLES G.<br>RYLES; CHECK CARE SYSTEMS;<br>ANDREANA PHIPHER<br>BLENDA RYLES; CHARLENE<br>RYLES; CHRISTOPHER RYLES;<br>DOROTHY D. RYLES; GREGORY D.<br>RYLES; KERONICA RYLES;<br>KIMBERLY RYLES & SANDRA<br>RYLES<br>    Defendants; Counter Claim<br>    Defendants; and Cross claim<br>    Defendants. | CIVIL ACTION NO. CV -05-B- 014 |

## CONSENT FOR SALE OF LAND

Comes now Defendant, Keronica Ryles, and consents to sale of land in the above captioned case.

Dated this 14th day of March, 2005.

_____
Keronica Ryles

IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| REGIONS BANK, a<br>state banking association,<br><br>    Plaintiff and Counter Claim<br>    Defendant as to Parcel 1<br><br>CHARLENE RYLES, Administrator<br>of the Estate of Charlie G. Ryles and<br>CHARLENE RYLES, INDIVIDUALLY<br><br>    Cross Claim Plaintiff.<br><br>V.<br><br>THE ESTATE OF CHARLES G.<br>RYLES; CHECK CARE SYSTEMS;<br>ANDREANA PHIPHER<br>BLENDA RYLES; CHARLENE<br>RYLES; CHRISTOPHER RYLES;<br>DOROTHY D. RYLES; GREGORY D.<br>RYLES; KERONICA RYLES;<br>KIMBERLY RYLES & SANDRA<br>RYLES<br>    Defendants; Counter Claim<br>    Defendants; and Cross claim<br>    Defendants. | CIVIL ACTION NO. CV-05-B-014 |

## CONSENT FOR SALE OF LAND

Comes now Defendant, Sandra Ryles, and consents to sale of land in the above captioned case.

Dated this 14th day of March, 2005.

/s/ Sandra Ryles
Sandra Ryles

APR 2005

**IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA**

| | | |
|---|---|---|
| **REGIONS BANK, a state banking association,** | ) | |
| **Plaintiff and Counter Claim Defendant as to Parcel 1** | ) | |
| **CHARLENE RYLES, Administrator of the Estate of Charlie G. Ryles and CHARLENE RYLES, INDIVIDUALLY** | ) | **CIVIL ACTION NO. CV -05-B- 014** |
| **Cross Claim Plaintiff.** | ) | |
| **V.** | ) | |
| **THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES & SANDRA RYLES** | ) | |
| **Defendants; Counter Claim Defendants; and Cross claim Defendants.** | ) | |

**CONSENT FOR SALE OF LAND**

**Comes now Defendant, Kimberly Ryles, and consents to sale of land in the above captioned case.**

**Dated this** 15 **day of** March**, 2005.**

Kimberly Ryles

**Kimberly Ryles**

APR 2005
FILED
Brenda Meadows Peacock
Court Clerk
Pike Co., Ala.

IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | | |
|---|---|---|
| REGIONS BANK, a<br>state banking association, | ) ) ) | |
| Plaintiff and Counter Claim<br>Defendant as to Parcel 1 | ) ) ) | |
| CHARLENE RYLES, Administrator<br>of the Estate of Charlie G. Ryles and<br>CHARLENE RYLES, INDIVIDUALLY | ) ) ) ) | CIVIL ACTION NO. CV -05-B- 014 |
| Cross Claim Plaintiff. | ) ) | |
| V. | ) ) | |
| THE ESTATE OF CHARLES G.<br>RYLES; CHECK CARE SYSTEMS;<br>ANDREANA PHIPHER<br>BLENDA RYLES; CHARLENE<br>RYLES; CHRISTOPHER RYLES;<br>DOROTHY D. RYLES; GREGORY D.<br>RYLES; KERONICA RYLES;<br>KIMBERLY RYLES & SANDRA<br>RYLES | ) ) ) ) ) ) ) ) ) | |
| Defendants; Counter Claim<br>Defendants; and Cross claim<br>Defendants. | ) ) ) | |

**CONSENT FOR SALE OF LAND**

Comes now the Defendant, Christopher Ryles, and consents to sale of land in the above captioned case.

Dated this 17th day of March, 2005.

_____
Christopher Ryles

APR 2005
FILED
Brenda Meadows Peacock
Court Clerk
Pike Co., Ala.

IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| REGIONS BANK, a state banking association, ) ) ) | |
| Plaintiff and Counter Claim Defendant as to Parcel 1 ) ) ) ) | |
| CHARLENE RYLES, Administrator of the Estate of Charlie G. Ryles and CHARLENE RYLES, INDIVIDUALLY ) ) ) ) | CIVIL ACTION NO. CV -05-B- 014 |
| Cross Claim Plaintiff. ) ) ) | |
| V. ) ) | |
| THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES & SANDRA RYLES Defendants; Counter Claim Defendants; and Cross claim Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## CONSENT FOR SALE OF LAND

Comes now the Defendant, Blenda Ryles, and consents to sale of land in the above captioned case.

Dated this 18 day of March, 2005.

_Blenda Ryles_
Blenda Ryles

APR 2005
FILED
Brenda Meadows Peacock
Court Clerk
Pike Co., Ala.

IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| REGIONS BANK, a state banking association, | ) ) ) |
|    Plaintiff and Counter Claim Defendant as to Parcel 1 | ) ) ) |
| CHARLENE RYLES, Administrator of the Estate of Charlie G. Ryles and CHARLENE RYLES, INDIVIDUALLY | ) ) ) ) |
|    Cross Claim Plaintiff. | ) ) |
| V. | ) ) |
| THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES & SANDRA RYLES | ) ) ) ) ) ) ) ) ) |
|    Defendants; Counter Claim Defendants; and Cross claim Defendants. | ) ) ) ) |

CIVIL ACTION NO. CV -05-B- 014

## CONSENT FOR SALE OF LAND

Comes now Defendant, Dorothy D. Ryles, and consents to sale of land in the above captioned case.

Dated this 22 day of March, 2005.

_____
Dorothy D. Ryles

IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| REGIONS BANK, a state banking association, ) ) ) Plaintiff and Counter Claim ) Defendant as to Parcel 1 ) ) CHARLENE RYLES, Administrator ) of the Estate of Charlie G. Ryles and ) CHARLENE RYLES, INDIVIDUALLY ) ) Cross Claim Plaintiff. ) ) V. ) ) THE ESTATE OF CHARLES G. ) RYLES; CHECK CARE SYSTEMS; ) ANDREANA PHIPHER ) BLENDA RYLES; CHARLENE ) RYLES; CHRISTOPHER RYLES; ) DOROTHY D. RYLES; GREGORY D. ) RYLES; KERONICA RYLES; ) KIMBERLY RYLES & SANDRA ) RYLES ) Defendants; Counter Claim ) Defendants; and Cross claim ) Defendants. ) | CIVIL ACTION NO. CV -05-B- 014 |

## CONSENT FOR SALE OF LAND

Comes now Defendant, Gregory D. Ryles, and consents to sale of land in the above captioned case.

Dated this 30th day of March, 2005.

_____
Gregory D. Ryles