IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| REGIONS BANK, a State banking association, | ) |
| Plaintiff, | ) CIVIL ACTION NO. CV-05-0014-B |
| V. | ) |
| ESTATE OF CHARLES G. RYLES, CHECKCARE SYSTEMS, ANDREANA PHIPHER, BLENDA RYLES, CHARLENE RYLES, CHRISTOPHER RYLES, DOROTHY D. RYLES, GREGORY D. RYLES, KERONICA RYLES, KIMBERLY RYLES and SANDRA RYLES, | ) |
| Defendants. | ) |

FIRST CAUSE OF ACTION
(Expungement of Discharge of Mortgage)

Comes now Defendant, Andreana Phipher, and accepts the first cause of action, to the Expungement of Discharge of Mortgage.

Dated this 21st day of March, 2005.

Andreana Phipher, pro se

Second Cause of Action
(Equitable Lien)

Comes now Defendant, Andreana Phipher, and accepts the second cause of action, to the Equitable lien.

Dated this 21st day of March, 2005.

Andreana Phipher, pro se

FILED MAR 2005

**Third Cause of Action**
**(Declaratory Judgement)**

**Comes now Defendant, Andreana Phipher, and accepts the Third cause of action, to the Declaratory Judgement.**

**Dated this** 21st **day of** March **,2005.**

**Andreana Phipher, pro se**

