IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| REGIONS BANK, a<br>state banking association, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  CIVIL ACTION NO. CV-05-0014-B |
| ESTATE OF CHARLES G. RYLES,<br>CHECKCARE SYSTEMS,<br>ANDREANA PHIPHER, BLENDA<br>RYLES, CHARLENE RYLES,<br>CHRISTOPHER RYLES, DOROTHY<br>D. RYLES, GREGORY D. RYLES,<br>KERONICA RYLES, KIMBERLY<br>RYLES and SANDRA RYLES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on the Motion of Plaintiff, Regions Bank ("Regions") to Dismiss Defendant, Checkcare Systems ("Checkcare") from the litigation on the basis that Checkcare has no interest in the property made the subject matter of this litigation as set forth in said Motion. It is, therefore,

ORDERED, ADJUDGED and DECREED that Checkcare be dismissed from this litigation, without prejudice, each party to bear its own costs of Court.

299151.wpd

Dated this _8th_ day of _April_, 2005.

_____
Circuit Judge

cc:   Alan C. Christian, Esq./Rick A. LaTrace, Esq.
      James N. Thomas, Esq.
      Richard C. Dean, Esq.
      Ms. Andreana Phipher