## IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| REGIONS BANK, a state banking Association,<br>    Plaintiff and Counter Claim<br>    Defendant as to Parcel 1<br>CHARLENE RYLES, Administrator<br>Of the Estate of Charlie G. Ryles and<br>CHARLENE RYLES, INDIVIDUALLY<br><br>    Cross Claim Plaintiff,<br><br>V.<br><br>THE ESTATE OF CHARLES G. RYLES;<br>CHECK CARE SYSTEMS; ANDREANA<br>PHIPHER; BLENDA RYLES; CHARLENE<br>RYLES; CHRISTOPHER RYLES;<br>DOROTHY D. RYLES; GREGORY D.<br>RYLES; KERONICA RYLES;<br>KIMBERLY RYLES & SANDRA RYLES,<br><br>    Defendants; Counter Claim<br>    Defendants; and Cross Claim<br>    Defendants. | CIVIL ACTION NO. CV-05-B-014 |

## ANSWER: COUNTER CALIM; AND CROSS CLAIM

COMES NOW the Defendant, Andreana Phipher, answer the CROSS CLAIM which is the twenty(20) numbered causes; neither can I deny these claims or affirm these claims; therefore I am without sufficient knowledge or information of these allegations.

_____
Andreana Phipher
Pro se

APR 2005
FILED
Brenda Meadows Peacock
Court Clerk
Pike Co., Ala.

## ANSWER: COUNTER CALIM; AND CROSS CLAIM

COMES NOW the Defendant, Andreana Phipher, answer the COUNTER CLAIM which is the six (16) numbered causes. Parcel 1 can be sold, but I hereby request to purchase (Parcel 2) the below property as being an heir to this estate; without having the County of Pike County Courthouse to arrange a bid to sell this land (upon my requirement).

Commencing at the intersection of the East line of the Northeast quarter of the Southwest quarter, Section 29, Township 9 North, Range 20 East, and the North right of way of the Goshen-Little Oak paved highway; thence South 69 degrees 45 minutes West 91.1 feet along the highway right of way; thence north 11 degrees 25 minutes West 163.1 feet; thence North 69 degrees 45 minutes East 135.2 feet; thence South 11 degrees 25 minutes East 163.1 feet to the highway right of way; thence South 69 degrees 45 minutes West 44.1 feet along the highway right of way to the point of beginning. Said lot lying and being in the Northeast quarter of the Southwest quarter of the Northeast quarter, and the Northwest quarter of the Southeast quarter, all in Section 29, Township 9 North, Range 20 East

WHEREFORE, Defendant prays that this Court will order, adjudge decree and declare the Defendant (whom is an heir to this estate) to purchase this property at this legal address; Route 1 Box 145-J Troy, Al 36081

_____
Andreana Phipher
Pro se

APR 2005
FILED
Brenda Meadows Peacock
Court Clerk
Pike Co., Ala.