| Form 668 (Y)(c) (Rev. February 2004) | 1008 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: WAGE & INVESTMENT AREA #3 Lien Unit Phone: (800) 829-7650 | | Serial Number 169228704 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2004  120
Recorded in the Above
UCC Book & Page
05-05-2004 01:34:19 PM
William C. Stone - Probate Judge
Pike County, AL
Book/Pg: 2004/120
Term/Cashier: VAULT / CAROLYNP
Tran: 191.3260.4173
Recorded: 05-05-2004 13:34:36
REC Recording Fee          28.00
SRF Special Recording Fee   7.00
Total Fees:    $ 35.00

IRS

**Name of Taxpayer** GREGORY D RYLES

**Residence** PO BOX 1012
TROY, AL 36081-1012

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 01/04/1999 | 02/03/2009 | 1603.84 |
| 1040 | 12/31/1996 | 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 | 01/04/1999 | 02/03/2009 | 2998.80 |
| 1040 | 12/31/1997 | 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 | 02/05/1999 | 03/07/2009 | 3082.82 |

2004/120

**Place of Filing**
Judge of Probate
Pike County
Troy, AL 36081

Total $ 7685.46

This notice was prepared and signed at NASHVILLE, TN , on this, the 22nd day of April , 2004.

PLAINTIFF'S EXHIBIT

Signature Pat L. Grone   Title ACS   (800) 829-7650   13-00-0000
for E RAVENAL

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office    Form 668(Y)(c) (Rev. 2-2004) CAT. NO 60025X