IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~EASTERN~~ NORTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, a state banking association, | ) ) ) |
| Plaintiff and Counter Claim Defendant as to Parcel 1 | ) ) ) ) |
| CHARLENE RYLES, Administrator of the Estate of Charlie G. Ryles and CHARLENE RYLES, INDIVIDUALLY | ) ) ) ) ) ) |
| Cross Claim Plaintiff | ) ) ) |
| v. | ) Civil Action No.: 2:05cv1003-B ) |
| THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES; SANDRA RYLES; INTERNAL REVENUE SERVICE, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants; Counter Claim Defendants; and Cross Claim Defendants. | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

Comes now the Internal Revenue Service, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the

Court for a 30-day extension of time, to and including November 21, 2005, within which to file an answer or other response to the complaint. In support of this motion, Defendant would show unto the Court the following: Defendant Internal Revenue Service was served with the summons and complaint on September 21, 2005. The United States Attorney's Office was provided a copy by Defendant agency on October 13, 2005. This action was removed to this Court on October 20, 2005.

The undersigned counsel has not had sufficient opportunity to review the allegations of the complaint, consult with Defendant or the responsible agency official, and to receive a complete litigation report in order to formulate a response to the complaint.

Respectfully submitted this 20th day of October, 2005.

LEURA G. CANARY
United States Attorney

By: /s/
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Motion for Extension of Time upon all interested parties by mailing a copy of same, first class, postage prepaid, addressed as follows:

Regions Bank
c/o Alan C. Christian
Rick A. LaTrace
Johnstone and Adams
P.O. Box 1988
Mobile, Alabama 36633

Estate of Charles G. Ryles
c/o James N. Thomas
James N. Thomas, L.L.C.
P.O. Box 974
Troy, AL 36081-0974

Checkcare Systems
c/o Richard C. Dean, Jr.
Attorney at Law
P.O. Box 1028
Montgomery, AL 36101

Dated this the 20th day of October, 2005.

                                                Assistant United States Attorney