IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, a state banking association, <br><br> Plaintiff and Counter Claim Defendant as to Parcel 1 <br><br> CHARLENE RYLES, Administrator of the Estate of Charles G. Ryles and CHARLENE RYLES, individually, <br><br> Cross Claim Plaintiff <br><br> v. <br><br> THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER, BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES; SANDRA RYLES; INTERNAL REVENUE SERVICE, <br><br> Defendants; Counter claim Defendants; and Cross Claim Defendants. | 2:05-CV-1003-B |

## ORDER ON MOTION

It is **ORDERED** that Plaintiff Charlene Ryles' *Motion to Amend Complaint* (Doc. 1, filed October 20, 2005 is **GRANTED** with the effect that the *First Amended Complaint* which contains a COUNTERCLAIM against the Internal Revenue Service is allowed.

Done this 2nd day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE