IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS BANK, a state banking association, | ) ) ) | |
| Plaintiff and Counter Claim Defendant as to Parcel 1 | ) ) ) | |
| CHARLENE RYLES, Administrator of the Estate of Charles G. Ryles and CHARLENE RYLES, individually, | ) ) ) ) | |
| Cross Claim Plaintiff | ) ) | |
| v. | ) ) | 2:05-CV-1003-B |
| THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER, BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES; SANDRA RYLES; INTERNAL REVENUE SERVICE, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants; Counter claim Defendants; and Cross Claim Defendants. | ) ) ) ) ) | |

**ORDER ON MOTION**

Pursuant to the Internal Revenue Service's unopposed *Motion for Extension of Time* (Doc. 2, filed October 20, 2005), it is **ORDERED** that the motion is **GRANTED**. Accordingly, the Internal Revenue Service has an extension to and including November 21, 2005, to file an answer to the complaint.

Done this 2nd day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE