**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 3, 2005

# NOTICE OF REASSIGNMENT

Re:   Regions Bank v. The Estate of Charles G. Ryles et al
       Civil Action No. 2:05cv1003-B

The above-styled case has been  reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv1003-F. This new case number should be used on all future correspondence and pleadings in this action.