IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, a state banking association, | )<br>)<br>) |
| Plaintiff and Counter Claim Defendant as to Parcel 1 | )<br>)<br>) |
| CHARLENE RYLES, Administrator of the Estate of Charles G. Ryles and CHARLENE RYLES, individually, | )<br>)<br>)<br>) |
| Cross Claim Plaintiff | )<br>) |
| v. | )   Case No. 2:05-cv-1003-F<br>) |
| THE ESTATE OF CHARLES G. RYLES, et. al., | )<br>)<br>) |
| Defendants; Counter claim Defendants; and Cross Claim Defendants. | )<br>)<br>) |

**ORDER**

This cause is before the Court on the counter-claim Defendant Internal Revenue Service's Motion to Strike Cross-Claim Plaintiff and Counter/Crossclaim Defendants' 1st Amended Complaint (Doc. # 6). Upon consideration, it is hereby ORDERED that the motion is GRANTED. Cross Claim Plaintiff and Counter/Crossclaim Defendants' 1st Amended Complaint is hereby STRICKEN. Cross Claim Plaintiff and Counter/Crossclaim Defendants may file the entire complaint as amended in compliance with the Local Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama on or before December 9, 2005.

DONE this 30th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE