IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, a state banking association, | )<br>)<br>) |
| Plaintiff and Counter Claim Defendant as to Parcel 1 | )<br>)<br>) |
| CHARLENE RYLES, Administrator of the Estate of Charles G. Ryles and CHARLENE RYLES, individually, | )<br>)<br>)<br>) |
| Cross Claim Plaintiff | )<br>) |
| v. | ) Case No. 2:05-cv-1003-F |
| THE ESTATE OF CHARLES G. RYLES, et. al., | )<br>)<br>)<br>) |
| Defendants; Counter claim Defendants; and Cross Claim Defendants. | )<br>)<br>) |

## ORDER

This cause is before the Court on Defendant and Cross Claim Plaintiff Charlene Ryles' Motion to Set for Trial (Doc. # 9). An answer has not yet been filed in response to the amended complaint. Once an answer is filed, the Court will issue a Rule 26(f) Order, requiring the parties to file a 26(f) report containing a discovery plan. After the 26(f) report has been filed, the Court will issue a Uniform Scheduling Order setting this action for trial. Thus, it is hereby ORDERED that the Motion to Set for Trial (Doc. # 9) is DENIED.

DONE this the 11th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE