**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Regions Bank  v.  The Estate of Charles G. Ryles, et al.
       Civil Action No. 2:05-cv-01003-MEF

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:05-cv-1003-MHT. This new case number should be used on all future correspondence and pleadings in this action.