IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, a state banking association, | )<br>)<br>) |
| Plaintiff and Counter Claim Defendant as to Parcel 1 | )<br>)<br>) |
| CHARLENE RYLES, Administrator of the Estate of Charlie G. Ryles and CHARLENE RYLES, INDIVIDUALLY | )<br>)<br>)<br>)<br>) |
| Cross Claim Plaintiff | )<br>) |
| v. | ) Civil Action No.: **2:05-CV-1003-MHT** |
| THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES; SANDRA RYLES; INTERNAL REVENUE SERVICE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants; Counter Claim Defendants; and Cross Claim Defendants. | )<br>)<br>)<br>) |
| Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Appearances.**  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on February 23, 2006, between the following participants:

   James M. Thomas, Esq.
   Attorney for Cross-Claim Plaintiff
   R. Randolph Neeley
   Attorney for Cross-Claim Defendant, Internal Revenue Service

   Allan C. Christian, Esq.
   Attorney for Plaintiff, Regions Bank

2. **Pre-Discovery Disclosures.** The parties will exchange by March 15, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

  a. Discovery will be needed on the following subjects:

    1. All information pertaining to Cross-Claim Plaintiff's claims and damages.

    2. All information pertaining to Defendants' defenses.

  b. All discovery commenced in time to be completed by September 7, 2006.

  c. There will be a maximum of 25 interrogatories by each party to any other party. The responses will be due 30 days after service.

  d. There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

  e. There will be a maximum of 25 requests for admission by each party to any other party. Responses will be due 30 days after service.

  f. The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

  g. Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by September 22, 2006, and from Defendants by November 21, 2006.

h.  Supplementation of the disclosures under Rule 26(e) will be due within 45 days before the end of the discovery period.

4.  **Other items.**

   a.  **Scheduling Conference**
       The parties do not request a conference with the court before entry of the scheduling order.

   b.  **Pretrial Conference**
       The parties request a pretrial conference in October, 2007.

   c.  **Additional Parties, Claims and Defenses**
       The parties must join additional parties and amend the pleadings by May 15, 2006.

   d.  **Dispositive Motions**
       All potentially dispositive motions should be filed by July 24, 2006.

   e.  **Settlement**
       Settlement is highly probable.

   f.  **Trial Evidence**
       The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

   g.  **Trial Date**
       This case should be ready for trial by December 4, 2006, and at this time is expected to take approximately 2 days of trial time.

I hereby certify that the aforementioned parties agree that the foregoing be submitted electronically to the Clerk of the Court by Defendants on this 24th day of February, 2006.

Respectfully submitted this 24th day of February, 2006.

            LEURA G. CANARY
            United States Attorney

          By: /s/ R. Randolph Neeley
           R. RANDOLPH NEELEY
           Assistant United States Attorney
           Bar Number: 9083-E56R
           Attorney for Defendant
           Post Office Box 197
           Montgomery, AL  36101-0197
           Telephone No.: (334) 223-7280
           Facsimile No.: (334) 223-7418
           E-mail: rand.neeley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Regions Bank
c/o Alan C. Christian
Rick A. LaTrace
Johnstone and Adams
P.O. Box 1988
Mobile, Alabama 36633

Estate of Charles G. Ryles
c/o James N. Thomas
James N. Thomas, L.L.C.
P.O. Box 974
Troy, AL 36081-0974

I also hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Andreana Phipher
80 County View Drive
Shorter, AL 36075

Blenda Ryles
PO Box 1272
Troy, AL 36081

Dorothy D. Ryles
656 Henderson Drive
Apartment 1
Troy, AL 36081

Keronica Ryles
PO Box 833
Troy, AL 36081

Kimberly Ryles
PO Box 662
Troy, AL 36081

Sandra Ryles
PO Box 833
Troy, AL 36081

Dated this 24th day of February, 2006.

/s/ R. Randolph Neeley
Assistant United States Attorney