IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, a state banking association, | ) ) ) |
| Plaintiff and Counter Claim Defendant as to Parcel 1 | ) ) ) |
| CHARLENE RYLES, Administrator of the Estate of Charlie G. Ryles and CHARLENE RYLES, INDIVIDUALLY | ) ) ) ) ) |
| Cross Claim Plaintiff | ) ) |
| v. | ) ) |
| THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES; SANDRA RYLES; INTERNAL REVENUE SERVICE, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants; Counter Claim Defendants; and Cross Claim Defendants. | ) ) ) ) |
| Defendants. | ) |

Civil Action No.: **2:05-CV-1003-MHT**

**NOTICE CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION**

Come now the federal defendant, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and the defendant and counter/cross claim

plaintiffs, by and through their attorney of record and presents the Court with their Notice Concerning Settlement Conference and Mediation.

1. All parties have been engaged in negotiations to resolve this action. Due to an unexpected absence, the attorney for Regions Bank was unavailable on Friday, July 7, 2006, thus the remaining parties representations herein are based upon the aggregate of all conversations between the parties to date.

2. It is the belief of the undersigned attorneys that this matter has been resolved, in principal, amongst all the parties. Draft versions of the appropriate agreements have been circulated and it is anticipated that final versions can be agreed upon and signed by all parties within ten (10) days, or on or before July 21, 2006.

Respectfully submitted this 7th day of July, 2006.

LEURA G. CANARY
United States Attorney

By: /s/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

By: s/James N. Thomas
JAMES N. THOMAS
Attorney for Defendant and
Counter/Cross Claim Plaintiffs
Bar Number: Tho 148
P.O. Box 974
Troy, AL 36081-0974
Telephone No.: (334) 566-2181

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

>Regions Bank
>c/o Alan C. Christian
>Rick A. LaTrace
>Johnstone and Adams
>P.O. Box 1988
>Mobile, Alabama 36633

I also hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Estate of Charles G. Ryles
c/o James N. Thomas
James N. Thomas, L.L.C.
P.O. Box 974
Troy, AL 36081-0974

Andreana Phipher
80 County View Drive
Shorter, AL 36075

Blenda Ryles
PO Box 1272
Troy, AL 36081

Dorothy D. Ryles
656 Henderson Drive
Apartment 1
Troy, AL 36081

Keronica Ryles
PO Box 833
Troy, AL 36081

Kimberly Ryles
PO Box 662
Troy, AL 36081

Sandra Ryles
PO Box 833
Troy, AL 36081

Dated this 7th day of July, 2006.

                                            /s/ R. Randolph Neeley
                                            Assistant United States Attorney