RECEIVED
2006 AUG -1 P 5: 16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHER DIVISION**

**REGIONS BANK, a state banking association,**

**Plaintiff and Counter Claim Defendant as to Parcel 1**

**CHARLENE RYLES, Administrator of the Estate of Charlie G. Ryles and CHARLENE RYLES, INDIVIDUALLY**

**Cross Claim Plaintiff.**

**V.**

**THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES & SANDRA RYLES**

**Defendants; Counter Claim Defendants; and Cross claim Defendants.**

**CIVIL ACTION NO. 2:05CV 1003MHT**

**CONSENT FOR SALE OF LAND AND ACKNOWLEDGMENT OF LIEN INTEREST HELD BY THE UNITED STATES OF AMERICA**

Comes now the Defendant, Gregory D. Ryles, and consents to sale of land in the above captioned case and acknowledges the validity of the lien held by the Internal Revenue Service, in the original amount of $7,685.46, against my interest in the property which is the subject of this action as set forth and described and identified in that Pleading previously filed in this Court styled "Answer; Response to Motion to Strike Cross-Claim Plaintiff and Counter/Cross-Claim Defendant's 1st Amended Complaint; and Amended Complaint".

Further, the undersigned consents to the full payment of said lien, including accrued interest, to the Internal Revenue Service/Unites States of America out of my 1/9th interest from the sell of both parcels of land which are the subject matter of this action. I acknowledge service of process on all pleadings and amendments and waive any and all notice to any further proceedings and pleadings regarding this action.

Dated this 29 day of June, 2006.

Gregory D. Ryles
Gregory D. Ryles

STATE OF ALABAMA

COUNTY OF PIKE

I, James N. Thomas the undersigned Notary Public in and for said county and the State at Large, hereby certify that, **Gregory D. Ryles** whose name **is** signed to the foregoing consent and acknowledgment of lien , who **is** known to me, acknowledged before me that, being informed of the contents of this document, **he** executed the same voluntarily, on the day the same bears date.

Given under my hand this the 29th day of **June, 2006.**

James N. Thomas

My commission expires: 7/17/06