IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, a state banking association, )<br><br>    Plaintiff and Counter Claim Defendant as to Parcel 1 )<br><br>CHARLENE RYLES, Administrator of the Estate of Charlie G. Ryles and CHARLENE RYLES, INDIVIDUALLY )<br><br>    Cross Claim Plaintiff )<br><br>    v. )<br><br>THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES; SANDRA RYLES; INTERNAL REVENUE SERVICE, )<br><br>    Defendants; Counter Claim Defendants; and Cross Claim Defendants. )<br><br>    Defendants. ) | Civil Action No.: **2:05-CV-1003-MHT** |

**NOTICE OF SALE**

Under and by virtue of a Judgment in the above-styled cause rendered by the Honorable Myron H. Thompson, United States District Judge, on the ___ day of ____, 2006, I, Debra P.

Hackett, Clerk of the United States District Court, shall on the ___ day of _____ at ___ o'clock ___M, proceed to sell at public auction the following described real estate on the front steps of the Pike County Courthouse at Troy, Alabama, for cash to the best, highest and last bidder:

**Parcel #1**:

Lot 6 according to the Plat of Thomas Heights Subdivision as recorded in the Office of the Judge of Probate of Pike County, Alabama in Plat Book 3, page 127.

**Parcel #2**:

Commencing at the intersection of the East line of the Northeast quarter of the Southwest quarter, Section 29, Township 9 North, Range 20 East, and the North right of way of the Goshen-Little Oak paved highway; thence South 69 degrees 45 minutes West 91.1 feet along the highway right of way; thence North 11 degrees 25 minutes West 163.1 feet; thence North 69 degrees 45 minutes East 135.2 feet; thence South 11 degrees 25 minutes East 163.1 feet to the highway right of way; thence South 69 degrees 45 minutes West 44.1 feet along the highway right of way to the point of beginning.  Said lot lying and being in the Northeast quarter of the Southwest quarter, the Southeast quarter of the Northwest quarter, and the Northwest quarter of the Southeast quarter, all in Section 29, Township 9, Range 20 East.

Done this ____ day of _____, 2006.

_____
Debra P. Hackett

James N. Thomas
Attorney for the Defendant and Counter and
Cross Claim Defendants
405 E. Elm Street
Troy, Alabama 36081
(334) 566-2181