IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REGIONS BANK, a state banking    )
association,                     )
                                 )
     Plaintiff and Counter       )
     Claim Defendant as          )
     to Parcel 1,                )
                                 )
CHARLENE RYLES, Administrator    )
of the Estate of Charlie G.      )
Ryles and CHARLENE RYLES,        )
INDIVIDUALLY,                    )
                                 )
     Cross Claim Plaintiff,      )
                                 )
     v.                          )   CIVIL ACTION NO.
                                 )   2:05cv1003-MHT
THE ESTATE OF CHARLES G.         )         (WO)
RYLES; CHECK CARE SYSTEMS;       )
ANDREANA PHIPHER                 )
BLENDA RYLES; CHARLENE           )
RYLES; CHRISTOPHER RYLES;        )
DOROTHY D. RYLES; GREGORY D.     )
RYLES; KERONICA RYLES;           )
KIMBERLY RYLES; SANDRA           )
RYLES; INTERNAL REVENUE          )
SERVICE,                         )
                                 )
     Defendants; Counter         )
     Claim Defendants; and       )
     Cross Claim Defendants.     )
```

ORDER

It is ORDERED that paragraph number (2) on page two of the judgment entered on August 3, 2006 (Doc. No. 21), is amended to read as follows:

> "2. That notice of such sale be published once a week for <u>four</u> consecutive weeks prior to the day of sale in the Troy Messenger, a newspaper of general circulation in Pike County, Alabama."

DONE, this 23rd day of August, 2006.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**