# NOTICE OF SALE

In the United States District Court for the Middle District of Alabama.

Regions Bank, et al v. The Estate of Charles G. Ryles, et al, 2:05-CV-1003-MHT.

Under and by virtue of a Judgment in the above-styled cause rendered by the Honorable Myron H. Thompson, United States District Judge, on the 3rd day of August, 2006, and as amended on the 23rd day of August, 2006, I, Debra P. Hackett, Clerk of the United States District Court for the Middle District of Alabama, shall on the 11th day of October, 2006, at 11 o'clock am, proceed to sell at public auction the following described real estate on the front steps of the Pike County Courthouse at Troy, Alabama, for cash to the best, highest and last bidder:

Parcel #1:

Lot 6 according to the Plat of Thomas Heights Subdivision as recorded in the Office of the Judge of Probate of Pike County, Alabama in Plat Book 3, page 127.

Parcel #2:

Commencing at the intersection of the East line of the Northeast quarter of the Southwest quarter, Section 29, Township 9 North, Range 20 East, and the North right of way of the Goshen-Little Oak paved highway; thence South 69 degrees 45 minutes West 91.1 feet along the highway right of way; thence North 11 degrees 25 minutes West 163.1 feet; thence North 69 degrees 45 minutes East 135.2 feet; thence South 11 degrees 25 minutes East 163.1 feet to the highway right of way; thence South 69 degrees 45 minutes West 44.1 feet along the highway right of way to the point of beginning. Said lot lying and being in the Northeast quarter of the Southwest quarter, the Southeast quarter of the Northwest quarter, the Southwest quarter of the Northeast quarter, and the Northwest quarter of the Southeast quarter, all in Section 29, Township 9 North, Range 20 East.

Done this the 1st day of September, 2006.
DEBRA P. HACKETT
Clerk, US District Court