IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| REGIONS BANK, a ) <br> state banking association, ) <br> ) <br>     Plaintiff and Counter Claim ) <br>     Defendant as to Parcel 1 ) <br> ) <br> CHARLENE RYLES, Administrator ) <br> of the Estate of Charlie G. Ryles and ) <br> CHARLENE RYLES, individually ) <br> ) <br>     Cross Claim Plaintiff, ) <br> ) <br> V. ) <br> ) <br> THE ESTATE OF CHARLES G. ) <br> RYLES;  CHECK CARE SYSTEMS; ) <br> ANDREANA PHIPHER ) <br> BLENDA RYLES; CHARLENE ) <br> RYLES; CHRISTOPHER RYLES; ) <br> DOROTHY D. RYLES; GREGORY D. ) <br> RYLES; KERONICA RYLES; ) <br> KIMBERLY RYLES & SANDRA ) <br> RYLES, UNITED STATES OF ) <br> AMERICA/IRS ) <br> ) <br>     Defendants; Counter Claim ) <br>     Defendants; and Cross Claim ) <br>     Defendants. ) | CIVIL ACTION NO. 2:05-cv-1003-MHT |

## CLERK'S REPORT OF SALE

**TO THE HONORABLE MYRON H. THOMPSON, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**

Comes Debra Hackett, as Clerk of the District Court of the United States for the

Middle District of Alabama and reports to the Court as follows:

That under and by virtue of the authority conferred upon her by decree of the

District Court of the United States for the Middle District of Alabama, in the above-

entitled case rendered on the 3rd day of August, 2006, she did, on the 11TH day of October, 2006, at 11:00 a.m. sell at public outcry each Parcel below separately, to the highest bidder for cash, in front of the Courthouse door in Troy, Pike County, Alabama, the following described real estate situated in Pike County, Alabama, to-wit:

**Parcel 1**
**Lot 6 according to the Plat of Thomas Heights Subdivision as recorded in the Office of the Judge of Probate of Pike County, Alabama in Plat Book 3, page 127.**

That at said sale, David Lawrence Adams, Sr. did become the purchaser of said property, Parcel 1, at and for the sum of Twenty-six Thousand and 00/100 dollars ($26,000.00) the highest, best, and last bid therefore; that said property was knocked off to the said bidder at said price, subject to the approval of this Court.

Said Clerk further reports that in obedience to said decree, she gave notice of the time, place, and terms of sale, together with a description of the property to be sold, by advertisement once a week for four (4) successive weeks prior to the date of said sale in the Troy Messenger, a newspaper published in Pike County, Alabama. Said sale was made in strict accordance with the terms of said decree and was in all respects fairly conducted. The purchasers have fully complied with the terms of sale and have paid to the Clerk the full amount of said purchase money for Parcel 1, to-wit: the sum of Twenty-six thousand and 00/100 dollars ($26,000.00); all of which is reported to the Court as required by decree.

**Parcel 2**
**Commencing at the intersection of the East line of the Northeast quarter of the Southwest quarter, Section 29, Township 9 North, Range 20 East, and the North right of way of the Goshen-Little Oak paved highway; thence South 69 degrees 45 minutes West 91.1 feet along the highway right of way; thence North 11 degrees 25 minutes**

**West 163.1 feet; thence North 69 degrees 45 minutes East 135.2 feet; thence South 11 degrees 25 minutes East 163.1 feet to the highway right of way; thence South 69 degrees 45 minutes West 44.1 feet along the highway right of way to the point of beginning.  Said lot lying and being in the Northeast quarter of the Southwest quarter, the Southeast quarter of the Northwest quarter, the Southwest quarter of the Northeast quarter, and the Northwest quarter of the Southeast quarter, all in Section 29, Township 9 North, Range 20 East.**

That at said sale, Carter J. Sanders, did become the purchaser of said property, Parcel 2, at and for the sum of Sixteen Thousand Dollars and 00/100 dollars ($16,000.00) the highest, best, and last bid therefor; that said property was knocked off to the said bidder at said price, subject to the approval of this Court.

Said Clerk further reports that in obedience to said decree, she gave notice of the time, place, and terms of sale, together with a description of the property to be sold, by advertisement once a week for four (4) successive weeks prior to the date of said sale in the Troy Messenger, a newspaper published in Pike County, Alabama.  Said sale was made in strict accordance with the terms of said decree and was in all respects fairly conducted.  The purchasers have fully complied with the terms of sale and have paid to the Clerk the full amount of said purchase money, Parcel 2, to-wit: the sum of Sixteen Thousand Dollars and 00/100 dollars ($16,000.00); all of which is reported to the Court as required by decree.

Respectfully submitted this 12th day of October, 2006.

/s/ Debra P. Hackett
_____
Debra P. Hackett
Clerk of the United States District Court for
the Middle District of Alabama