IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| **REGIONS BANK, a** <br> **state banking association,** | ) <br> ) <br> ) | |
| **Plaintiff and Counter Claim** <br> **Defendant as to Parcel 1** | ) <br> ) <br> ) | |
| **CHARLENE RYLES, Administrator** <br> of the Estate of Charlie G. Ryles and <br> **CHARLENE RYLES, individually** | ) <br> ) <br> ) <br> ) | **CIVIL ACTION NO. 2:05-CV-1003-MHT** |
| **Cross Claim Plaintiff,** | ) <br> ) | |
| v. | ) <br> ) | |
| **THE ESTATE OF CHARLES G.** <br> **RYLES; CHECK CARE SYSTEMS;** <br> **ANDREANA PHIPHER** <br> **BLENDA RYLES; CHARLENE** <br> **RYLES; CHRISTOPHER RYLES;** <br> **DOROTHY D. RYLES; GREGORY D.** <br> **RYLES; KERONICA RYLES;** <br> **KIMBERLY RYLES & SANDRA** <br> **RYLES, UNITED STATES OF** <br> **AMERICA/IRS** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| **Defendants; Counter Claim** <br> **Defendants; and Cross Claim** <br> **Defendants.** | ) <br> ) <br> ) | |

**ORDER**

The Clerk's Report of Sale, filed October 12, 2006 (doc. no. 24), has been read by the Court, and it is hereby ORDERED to lie over 10 days.

DONE, this the 13th day of October, 2006.

          /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**