## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | | |
|---|---|---|
| REGIONS BANK, a<br>state banking association,<br><br>    **Plaintiff and Counter Claim**<br>    **Defendant as to Parcel 1**<br><br>**CHARLENE RYLES, Administrator**<br>of the Estate of Charlie G. Ryles and<br>**CHARLENE RYLES, INDIVIDUALLY**<br><br>    **Cross Claim Plaintiff,**<br><br>    **V.**<br><br>**THE ESTATE OF CHARLES G.**<br>**RYLES;  CHECK CARE SYSTEMS;**<br>**ANDREANA PHIPHER**<br>**BLENDA RYLES; CHARLENE**<br>**RYLES; CHRISTOPHER RYLES;**<br>**DOROTHY D. RYLES; GREGORY D.**<br>**RYLES; KERONICA RYLES;**<br>**KIMBERLY RYLES & SANDRA**<br>**RYLES, UNITED STATES OF**<br>**AMERICA/IRS**<br>    **Defendants; Counter Claim**<br>    **Defendants; and Cross Claim**<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 2:05 cv 1003-MHT** |

## ORDER CONFIRMING SALE

This matter comes before the court on the "Report of the Clerk" filed in this case on

October 12, 2006, pursuant to an ORDER rendered on the 3rd day of August, 2006, Ordering a

sale of the property described in the Counter Claim Complaint for Sale for Division, the Clerk

reports that she has received the sum of $26,000.00  from David Lawrence Adams, Sr. for parcel

1, which was the highest, best and last bid offered to said property and the Clerk reports that she

received the sum of $16,000.00 from Carter J. Sanders for parcel 2 , which was the highest, best

and last bid offered for said property.

The said "Report of the Clerk" having lain over for more than ten (10) days for the purpose of allowing exceptions thereto, and no exceptions having been filed to said Report, and it appearing to the court that said sale and that the sale price received therefore is not disproportionate to the value thereof, and that the Clerk has received the purchase money in compliance with the terms of the sale and the order directing the same, the court is of the opinion that said Report should be ratified and that the sale as reported therein be confirmed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the sale reported by the Clerk is hereby confirmed and the Report thereof ratified, that the Clerk is ordered and directed to execute to the Purchasers Deeds to the lands purchased as shown in the Report, properly drawn and executed , conveying to each purchaser all of the interest in said property heretofore held by any and all parties to this cause.

The Clerk is further directed to hold a reference after notice to the parties who have appeared in this cause to determine and report to the Court the following:

1.      The amount of a reasonable attorney's fee, including reimbursement for reasonable costs and expenses incurred, to be allowed to the Hon. James N. Thomas, Attorney at Law, for his services in this cause inuring to the benefit of the common estate, to be taxed as costs in this cause.

2.      The amount of the total court costs, judicial sales commission, appraisal fees and other expenses of sale accrued in this cause.

3.      The balance of the sale price after deduction of all court costs and expenses of sale.

DONE THIS THE ____ day of _____, 2006.

MYRON H. THOMPSON
U.S. DISTRICT JUDGE