IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **REGIONS BANK, a** state banking association, | ) ) ) |
| Plaintiff and Counter Claim Defendant as to Parcel 1 | ) ) ) |
| **CHARLENE RYLES, Administrator** of the Estate of Charlie G. Ryles, and **CHARLENE RYLES, INDIVIDUALLY,** | ) ) ) ) |
| Cross Claim Plaintiff, | ) ) | 
| V. | ) ) |
| **THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES & SANDRA RYLES, UNITED STATES OF AMERICA/IRS,** | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants; Counter Claim Defendants; and Cross Claim Defendants. | ) ) ) |

CIVIL ACTION NO.
2:05 cv 1003-MHT

## ORDER CONFIRMING SALE

This matter comes before the court on the "Report of the Clerk" filed in this case on October 12, 2006, pursuant to an ORDER rendered on the 3rd day of August, 2006, Ordering a sale of the property described in the Counter Claim Complaint for Sale for Division, the Clerk reports that she has received the sum of $26,000.00 from David Lawrence Adams, Sr. for parcel one, which was the highest, best and last bid offered to said property and the Clerk reports that she received the sum of $16,000.00 from Carter J.

Sanders for parcel two, which was the highest, best and last bid offered for said property.

The said "Report of the Clerk" having lain over for more than ten (10) days for the purpose of allowing exceptions thereto, and no exceptions having been filed to said Report, and it appearing to the court that said sale and that the sale price received therefore is not disproportionate to the value thereof, and that the Clerk has received the purchase money in compliance with the terms of the sale and the order directing the same, the Court is of the opinion that said Report should be ratified and that the sale as reported therein be confirmed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the sale reported by the Clerk is hereby confirmed and the Report thereof ratified, that the Clerk is ordered and directed to execute to the Purchasers separate Deeds to the lands purchased as shown in the Report, properly drawn and executed , conveying to each purchaser all of the interest in said property heretofore held by any and all parties to this cause.

AND IT FURTHER appearing to the satisfaction of the Court from the Report of the Register as to the findings on the reference which she was directed to hold in this Cause that out of the proceeds of said sell, the Clerk is directed to pay those amounts specifically set forth and described in the Court's Separate Order of Distribution of Sell Proceeds.

DONE, this the 13th day of November, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE