**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION**

| | |
|---|---|
| **REGIONS BANK,** a state banking association, | ) ) ) |
|     **Plaintiff and Counter Claim Defendant as to Parcel 1** | ) ) |
| **CHARLENE RYLES,** Administrator of the Estate of Charlie G. Ryles and **CHARLENE RYLES, INDIVIDUALLY** | ) **CIVIL ACTION NO. CV -2:05-CV-1003-B** ) ) ) |
|     **Counter/Cross Claim Plaintiff.** | ) ) |
| v. | ) ) |
| **THE ESTATE OF CHARLES G. RYLES; CHECK CARE SYSTEMS; ANDREANA PHIPHER BLENDA RYLES; CHARLENE RYLES; CHRISTOPHER RYLES; DOROTHY D. RYLES; GREGORY D. RYLES; KERONICA RYLES; KIMBERLY RYLES & SANDRA RYLES; and UNITES STATES OF AMERICA/ IRS** | ) ) ) ) ) ) ) ) ) ) |
|     **Defendants; Counter Claim Defendants; and Cross claim Defendants.** | ) ) ) ) |

**MOTION TO MODIFY PREVIOUSLY ENTERED
ORDER OF DISBURSEMENT**

COMES NOW the Defendant and Counter and Cross Claim Plaintiff, Charlene Ryles, as Administratrix of the Estate of Charles G. Ryles and individually, by and through her counsel of record in the above-styled cause and moves this Court to enter a Revised Order directing distribution of the sell proceeds based on the "proposed" Orders attached hereto and made part hereof, and for grounds in support, states that the previously filed "Order of Distribution of Sales Proceeds" was financially deficient in the amount of three cents leaving an undistributed

balance of three cents in the Clerk's account. Said three cents is properly paid through paragraph 6 of the prior Order as proceeds in the correct amounts of $15,021.43 to the estate of Charlie Ryles, leaving a balance to be distributed to the heirs of $9,490.11. All other distribution are correct as previously stated.

The Plaintiff respectfully requests that the Court enter a revised Order so that no proceeds will remain undistributed by the Clerk.

Respectfully submitted,

/s/ James N. Thomas
James N. Thomas (THO148)
Attorney for Defendant
P. O. Box 974
Troy, AL 36081-0974

**OF COUNSEL**:
JAMES N. THOMAS
Attorney at Law
Post Office Box 974
Troy, Alabama 36081
(334)566-2181

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing on the parties at the following addresses by mailing a copy of same by Unites States Mail properly addressed and first class postage prepaid, on this 14th day of November, 2006:

Randolph Neeley
Assistant United States Attorney
US Attorney's Office
Post Office Box 197
Montgomery, Al 36101-0197

Alan C. Christian
Johnstone and Adams
Post Office Box 1988

Mobile, Alabama 36633

Charlene Ryles
P.O. Box 113
441 Bowden Street
Brundidge, AL 36010

Gregory D. Ryles
Route 1 Box 145 J
Troy, AL 36081

Sandra Ryles
P.O. Box 833
Troy, AL 36081

Blenda Ryles
PO Box 1272
352 Aster Ave
Troy, AL 36081

Keronica Ryles
PO Box 833
Troy, AL 36081

Kimberly Ryles
PO Box 662
Troy, Al 36081

Christopher Ryles
112 Bula Road
Troy, Alabama 36081

Dorothy D. Ryles
656 Henderson Drive Apartment 1
Troy, Alabama   36081

Andreana Phipher
80 County View Dr
Shorter, Al 36075-3562

                                                /s/ James N. Thomas
                                                James N. Thomas