IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGIONS BANK, a state banking association, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1003-MHT |
| THE ESTATE OF CHARLES G. RYLES, et al., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion to modify (doc. no. 29) is granted.

DONE, this the 15th day of November, 2006.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE