## CLERK'S DEED

STATE OF ALABAMA
PIKE COUNTY

LET IT BE KNOWN TO ALL WHOM IT MAY CONCERN:

That, whereas, a sale made by the Clerk of the District Court of the United States for the Middle District of Alabama, under a decree of the United Stated District Court Middle District of Alabama, in the cause of Regions Bank, et al v. Charlene Ryles as Administrator of the Estate of Charlene Ryles, et al, **CIVIL ACTION NO. 2:05 cv 1003-MHT**, said sale having been made by public outcry, at the front door of the Pike County Courthouse after having been duly advertised by publication for four successive weeks in The Troy Messenger, a newspaper published in Troy, Alabama, and **DAVID LAWRENCE ADAMS, SR.**, being the highest and best bidder at said sale, became the purchaser of the real estate hereinafter described at and for the sum of Twenty Six Thousand Dollars and 00/100 dollars ($26,000.00).

Now, therefore, in consideration of the premises, and of the full payment to me of the purchase money aforesaid, the receipt whereof is hereby acknowledged, I, Debra P. Hackett, Clerk of the District Court of the United States for the Middle District of Alabama, in said county and state, by virtue of the authority vested in me by said decrees of said court have sold and conveyed, and by these presents do hereby bargain, sell, and convey unto the said **David Lawrence Adams, Sr.**, the following described real estate situated in Pike County, Alabama, to-wit:

> **Lot 6 according to the Plat of Thomas Heights Subdivision as recorded in the Office of the Judge of Probate of Pike County, Alabama in Plat Book 3, page 127.**

**TO HAVE AND TO HOLD** the aforesaid premises to the said **David Lawrence Adams, Sr.**, forever.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of the United States for the Middle District of Alabama, at office, this 16th day of November, 2006.

*Debra P. Hackett*
Debra P. Hackett
Clerk of the United States District Court
for the Middle District of Alabama

STATE OF ALABAMA
COUNTY OF MONTGOMERY

I, Donna L Jordan, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that Debra P. Hackett, whose name as Clerk of the District Court of the United States for the Middle District of Alabama, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, she, as such Clerk and with full authority, executed the same for and on behalf of the District Court of the United States for the Middle District of Alabama.

GIVEN under my hand and official seal this 16th day of November, 2006.

*Donna L Jordan*
NOTARY PUBLIC
My Commission Expires: 01-26-08

Send Tax notice to:

David Lawrence Adams Sr.
4300 Co. Road 27
Banks, AL 36005

prepared by: Clerk of the Court Debra Hackett