## CLERK'S DEED

STATE OF ALABAMA
PIKE COUNTY

LET IT BE KNOWN TO ALL WHOM IT MAY CONCERN:

That, whereas, a sale made by the Clerk of the District Court of the United States for the

Middle District of Alabama, under a decree of the United Stated District Court Middle District of

Alabama, in the cause of Regions Bank, et al v. Charlene Ryles as Administrator of the Estate of

Charlene Ryles, et al, **CIVIL ACTION NO. 2:05 cv 1003-MHT**, said sale having been made

by public outcry, at the front door of the Pike County Courthouse after having been duly

advertised by publication for four successive weeks in The Troy Messenger, a newspaper

published in Troy, Alabama, and **CARTER J. SANDERS**, being the highest and best bidder at

said sale, became the purchaser of the real estate hereinafter described at and for the sum of

Sixteen Thousand Dollars and 00/100 dollars ($16,000.00).

Now, therefore, in consideration of the premises, and of the full payment to me of the

purchase money aforesaid, the receipt whereof is hereby acknowledged, I, Debra P. Hackett,

Clerk of the District Court of the United States for the Middle District of Alabama, in said

county and state, by virtue of the authority vested in me by said decrees of said court have sold

and conveyed, and by these presents do hereby bargain, sell, and convey unto the said **Carter J.**

**Sanders**, the following described real estate situated in Pike County, Alabama, to-wit:

> **Parcel 2**
> **Commencing at the intersection of the East line of the Northeast quarter of**
> **the Southwest quarter, Section 29, Township 9 North, Range 20 East, and the**
> **North right of way of the Goshen-Little Oak paved highway; thence South 69**
> **degrees 45 minutes West 91.1 feet along the highway right of way; thence**
> **North 11 degrees 25 minutes West 163.1 feet; thence North 69 degrees 45**
> **minutes East 135.2 feet; thence South 11 degrees 25 minutes East 163.1 feet**
> **to the highway right of way; thence South 69 degrees 45 minutes West 44.1**
> **feet along the highway right of way to the point of beginning. Said lot lying**

**and being in the Northeast quarter of the Southwest quarter, the Southeast quarter of the Northwest quarter, the Southwest quarter of the Northeast quarter, and the Northwest quarter of the Southeast quarter, all in Section 29, Township 9 North, Range 20 East.**

**TO HAVE AND TO HOLD** the aforesaid premises to the said **Carter J. Sanders**, forever.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the District Court of the United States for the Middle District of Alabama, at office, this 16th day of November, 2006.

_____
Debra P. Hackett
Clerk of the United States District Court
for the Middle District of Alabama

STATE OF ALABAMA
COUNTY OF MONTGOMERY

I, _Donna L Jordan_ , the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that Debra P. Hackett, whose name as Clerk of the District Court of the United States for the Middle District of Alabama, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, she, as such Clerk and with full authority, executed the same for and on behalf of the District Court of the United States for the Middle District of Alabama.

GIVEN under my hand and official seal this 16th day of November, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _01-26-08_

Send Tax notice to:
    Carter J. Sanders
    102 Greenville Avenue
    Goshen, AL  36035

Prepared by: Clerk of the Court: Debra Hackett